Robert B. Wilson
Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX  79401-9401
(806)748-1980 Phone
(806)748-1956 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:                                                          CASE NO:   16-70291
STEVEN ALAN ACE** DECEASED**                                    DATED:     July 23, 2018

DEBTOR(S)

**NOTICE TO DEPOSIT UNCLAIMED FUNDS**

Transmitted herewith is a check for deposit into the court's unclaimed funds registry as unclaimed property for the above reference chapter 13 case. I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case:        DISMISSED AFTER CONFIRMATION (3)
Explanation of Sources:     Creditor not accepting payments from Trustee and/or Trustee is unable to locate Creditor
Disbursement Amount:        $4,125.24
Name of Payee on Check:

STEVEN ALAN ACE** DECEASED**   501 Oak St   Burkburnett, TX,    76354


 /s/ Robert B. Wilson
Robert B. Wilson, Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX  79401-9401

Certificate of Service

I hereby certify that a true copy of the foregoing NOTICE TO DEPOSIT UNCLAIMED FUNDS was electronically served to the following parties on July 23, 2018.

 MONTE J WHITE, ATTORNEY AT LAW, 1106 BROOK AVE HAMILTON PLACE, WICHITA FALLS, TX  76301
 WILLIAM T NEARY, UNITED STATES TRUSTEE, 1100 COMMERCE STREET RM 976, DALLAS, TX  75242


 /s/ Robert B. Wilson
Robert B. Wilson, Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX  79401-9401